Matter of Ostreich (2025 NY Slip Op 03330)

Matter of Ostreich

2025 NY Slip Op 03330

Decided on June 4, 2025

Appellate Division, Second Department

Per Curiam.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 4, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
LINDA CHRISTOPHER, JJ.

2024-05927

[*1]In the Matter of Rachel M. Ostreich, admitted as Rachel Michelle Ostreich, an attorney and counselor-at-law. Grievance Committee for the Tenth Judicial District, petitioner; Rachel M. Ostreich, respondent. (Attorney Registration No. 5685722)

DISCIPLINARY PROCEEDING instituted by the Grievance Committee for the Tenth Judicial District. The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on July 15, 2021.

Catherine A. Sheridan, Hauppauge, NY (Rona I. Kugler of counsel), for petitioner.

PER CURIAM.

OPINION & ORDER
On July 12, 2024, the Grievance Committee for the Tenth Judicial District served the respondent by personal delivery, with a notice of petition and a verified petition, both dated July 8, 2024, and duly filed those papers with this Court together with an affidavit of service. The petition contains two charges of professional misconduct alleging that the respondent failed to cooperate with the Grievance Committee's investigation of a complaint against her, thus engaging in conduct prejudicial to the administration of justice and that adversely reflects on her fitness as a lawyer, in violation of rule 8.4(d) and (h) of the Rules of Professional Conduct (22 NYCRR 1200.0).
The notice of petition directed the respondent to serve and file her answer to the verified petition within 20 days after service upon her of the verified petition. To date, the respondent has neither filed an answer to the verified petition as directed, nor requested additional time in which to do so.
The Grievance Committee now moves to deem the charges against the respondent established based upon her default and to impose such discipline upon her as this Court deems appropriate. Although the respondent acknowledged service of the motion papers upon her in writing on August 19, 2024, she has neither opposed the instant motion nor interposed any response thereto.
Accordingly, the Grievance Committee's motion to deem the charges against the respondent established based upon her default is granted, the charges in the verified petition dated July 8, 2024, are deemed established, and, effective immediately, the respondent is disbarred and her name is stricken from the roll of attorneys and counselors-at-law.
LASALLE, P.J., DILLON, DUFFY, BARROS, and CHRISTOPHER, JJ., concur.
ORDERED that the Grievance Committee's motion to deem the charges in the verified petition dated July 8, 2024, established is granted; and it is further,
ORDERED that, pursuant to Judiciary Law § 90, effective immediately, the respondent, Rachel M. Ostreich, admitted as Rachel Michelle Ostreich, is disbarred, and her name is stricken from the roll of attorneys and counselors-at-law; and it is further,
ORDERED that the respondent, Rachel M. Ostreich, admitted as Rachel Michelle Ostreich, shall comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15); and it is further,
ORDERED that pursuant to Judiciary Law § 90, the respondent, Rachel M. Ostreich, admitted as Rachel Michelle Ostreich, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding herself out in any way as an attorney and counselor-at-law; and it is further,
ORDERED that if the respondent, Rachel M. Ostreich, admitted as Rachel Michelle Ostreich, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency, and the respondent shall certify to the same in her affidavit of compliance pursuant to 22 NYCRR 1240.15(f).
ENTER:
Darrell M. Joseph
Clerk of the Court